PATRICK H. DOHERTY, Appellant, *v.* CATSKILL CEMENT COMPANY, Respondent.

*Doherty* v. *Catskill Cement Co.*, 136 App. Div. 902, affirmed.
(Argued May 3, 1911; decided May 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered January 17, 1910, affirming a judgment in favor of defendant entered upon a verdict in. an action to recover damages alleged to have been occasioned plaintiff by the maintenance of a nuisance by the defendant.

*A. T. Clearwater, Louis Marshall* and *Edwin P. Kilroe* for appellant.

*Frank H. Osborn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.